| PROB 22 (Rev. 1/24) | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| **TRANSFER OF JURISDICTION** | 1:19CR00136 (4) |
| | 2 DOCKET NUMBER *(Rec. Court)* |
| | 2:26-cr-00085-RFB-EJY |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Ohio Southern | Cincinnati |

| NAME OF SENTENCING JUDGE |
|---|
| Douglas R. Cole, United States District Court Judge |

**Abby Jones**

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 12/06/2024 | 12/05/2028 |

OFFENSE
Conspiracy to Possess with Intent to Distribute Fentanyl, Heroin, Cocaine and Methamphetamine , in violation of Title 21 U.S.C. §§ 841 (a)(1),(b)(1)(A) and 846

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/educational opportunities, violation of supervision)
Ms. Jones currently resides in the Southern District of Nevada and has no plans of returning to the Southern District of Ohio.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   **Southern District of Ohio**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   **District of Nevada**   upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court. *

5/20/26
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   **District of Nevada**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5/22/206

*Effective Date*

*United States District Judge*

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Abby Jones

Case No.:  TO BE ASSIGNED

**REQUESTING ACCEPTANCE OF JURISDICTION**

May 21, 2026

TO:     United States District Judge

On October 16, 2023, Abby Jones was sentenced in the Southern District of Ohio by the Honorable Douglas R. Cole to a term of 24 months imprisonment followed by four (4) years of supervised release for committing the offense of Conspiracy to Possess with Intent to Distribute Fentanyl, Heroin, Cocaine, and Methamphetamine and Sale of Counterfeit Drugs. On December 6, 2024, Jones commenced her supervised release term in the District of Nevada.

Jones has no intention of returning to the Southern District of Ohio. As such, the Probation Office respectfully requests the Court accept jurisdiction of this case. As noted by the signature on the attached Transfer of Jurisdiction (Prob 22), U.S. District Judge has agreed to relinquish jurisdiction. Should the Court agree with the request, the Transfer of Jurisdiction form is attached for Your Honor's signature.

Respectfully submitted,

Digitally signed by
Victoria Willard
Date: 2026.05.21
09:45:30 -07'00'

Victoria Willard
United States Probation Officer

Approved:

Digitally signed by
Amberleigh Barajas
Date: 2026.05.21
09:39:36 -07'00'

Amberleigh Barajas
Supervisory United States Probation Officer